FORM L111 Notice of Requirement To Update Contact Information in PACER  (v.1.1 – 04/07/2025)

26–21553 – S – C – 13 C

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF REQUIREMENT TO UPDATE CONTACT INFORMATION IN PACER

**Case Number:**     26–21553 – S – C – 13 C

**Debtor Name(s), Social Security Number(s), and Address(es):**

Gustavo Gonzalez Orozco
 1119 Northgate Dr
Yuba City, CA 95991

TO DEBTOR'S ATTORNEY:

Pursuant to Local Bankruptcy Rule 5005.5–1(e), each registered user of the court's e–Filing system shall maintain a complete and accurate PACER registration.

The Mailing Address for the debtor's attorney in this case does/do not match the information listed in PACER*.

NOTICE IS HEREBY GIVEN that within fourteen (14) days, you must take one of the following actions:

- Update the contact information in your PACER account to match the address and/or email address listed on the petition, OR
- File an amended petition with the court that updates the attorney's address and/or email address to match what is listed in PACER.

Failure to take action may result in an Order to Show Cause being issued.

*You will need to log in to PACER – Manage Your Account to change your contact information with the court. Your PACER account must be linked to your CM|ECF account prior to changing your contact information. For instructions, go to https://www.caeb.uscourts.gov/NextGen.

Dated:
3/24/26

For the Court,
Scott Yach , Clerk