**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF CALIFORNIA
ROBERT T. MATSUI U.S. COURTHOUSE
501 I STREET, SUITE 3-200
SACRAMENTO, CALIFORNIA 95814-2322

26-21553



RECEIVED
APR 13 2026
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

26-21553

SACRAMENTO CA 957

25 MAR 2026PM 6 L

$0.740
US POSTAGE IMI
FIRST-CLASS
063S0008565545
FROM 95814



EVAN LIVINGSTONE
740 4TH ST. STE 215
SANTA ROSA, CA 95404

NIXIE          957    DE 1          0004/10/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 95814730090     *1741-03084-25-41

95404-442140

FORM L111 Notice of Requirement To Update Contact Information in PACER (v.1.1 – 04/07/2025)      26–21553 – S – C – 13 C

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# NOTICE OF REQUIREMENT TO UPDATE CONTACT INFORMATION IN PACER

**Case Number:**    26–21553 – S – C – 13 C

**Debtor Name(s), Social Security Number(s), and Address(es):**

Gustavo Gonzalez Orozco
1119 Northgate Dr
Yuba City, CA 95991

**TO DEBTOR'S ATTORNEY:**

Pursuant to Local Bankruptcy Rule 5005.5–1(e), each registered user of the court's e–Filing system shall maintain a complete and accurate PACER registration.

The Mailing Address for the debtor's attorney in this case does/do not match the information listed in PACER*.

NOTICE IS HEREBY GIVEN that within fourteen (14) days, you must take one of the following actions:

- Update the contact information in your PACER account to match the address and/or email address listed on the petition, OR
- File an amended petition with the court that updates the attorney's address and/or email address to match what is listed in PACER.

Failure to take action may result in an Order to Show Cause being issued.

*You will need to log in to PACER – Manage Your Account to change your contact information with the court. Your PACER account must be linked to your CM|ECF account prior to changing your contact information. For instructions, go to https://www.caeb.uscourts.gov/NextGen.

Dated:
3/24/26

For the Court,
Scott Yach , Clerk

EDC3074 Court's Certificate of Mailing (v.8.14)             USBC,EDCA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

## COURT'S CERTIFICATE OF MAILING

| In re | Case Number |
|---|---|
| Gustavo Gonzalez Orozco | |
| Debtor(s). | 26–21553 – S – C – 13 C |

The deputy clerk of U.S. Bankruptcy Court for the Eastern District of California whose name appears below hereby certifies that copies of the

**[11] – Notice of Requirement to Update Contact Information in PACER. (pdes)**

were sent today by regular, first class United States mail to the following persons/entities:

Evan Livingstone
740 4th St Ste 215
Santa Rosa CA 95404

Evan Livingstone
2585 Sebastopol Rd Unit 7265
Santa Rosa CA 95407

Dated: 3/24/26

FOR THE COURT
Scott Yach Clerk,
BY: pdes , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400