Evan Livingstone, SBN 252008
LAW OFFICE OF EVAN LIVINGSTONE
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
Phone (707) 280-2791
Fax     (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor
Gustavo Gonzalez Orozco

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re:<br><br>GUSTAVO GONZALEZ OROZCO<br><br>    Debtor | CASE NO.   26-21553-S-C-13C<br><br>**DECLARATION OF EVAN LIVINGSTONE REGARDING DEBTOR SIGNING PETITION AND SCHEDULES** |
|---|---|

I, Evan Livingstone, declare that:

1.      The following facts are personally known to me and, if called and sworn as a witness, I could and would competently testify to their truth.

2.      I am the attorney of record for Debtor Gustavo Gonzalez Orozco.

3.      Debtor filed this Chapter 13 bankruptcy case on March 21, 2026.

4.      On March 16, 2026, I met with Debtor via Zoom Conference call.

5.      I displayed all of the bankruptcy forms, including the petition, schedules, statement of financial affairs, means test, and Chapter 13 bankruptcy plan, on the Zoom screen, and I reviewed each document with Debtor.

6.      I explained each of the documents to Debtor as we reviewed them together. Debtor affirmed that he understood the contents of each document and affirmed that the information on the forms was complete and accurate.

7.      After our Zoom call, I sent the documents to Debtor by Dropbox Sign. According to the Dropbox software, Debtor electronically signed the Voluntary Petition, Summary of

1

Declaration of Evan Livingstone Regarding Debtor Signing Petition and Schedules

Schedules, Declaration About an Individual Debtor's Schedules, Statement of Financial Affairs, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period, Chapter 13 Calculation of Your Disposable Income, Chapter 13 Plan, Rights And Responsibilities Of Chapter 13 Debtors And Their Attorneys, Verification Of Master Address List, and Statement About Your Social Security Numbers, on March 17, 2026 at 7:03 AM.

8. A true copy of the documents Debtor signed electronically on March 17, 2026, is attached as Exhibit A to Debtor's accompanying declaration.

9. On May 15, 2026, I met with Debtor in person. We again reviewed each of the bankruptcy forms Debtor previously signed electronically, and Debtor signed them again with a pen.

10. A true copy of the documents Debtor physically signed with a pen on May 15, 2026, is attached as Exhibit B to Debtor's accompanying declaration. I have the originally signed physical documents in my possession.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 30, 2026 in Eureka, CA          /s/Evan Livingstone
                                                     Evan Livinstone
                                                     Attorney for Debtor
                                                     Gustavo Gonzalez Orozco

Declaration of Evan Livingstone Regarding Debtor Signing Petition and Schedules