Evan Livingstone (SBN 252008)
LAW OFFICE OF EVAN LIVINGSTONE
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
Phone (707) 280-2791
Fax　　(707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Gustavo Gonzalez Orozco

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.　　　26-21553-S-C-13C-A-13C |
| GUSTAVO GONZALEZ OROZCO | DCN:　　　　EML-001 |
| Debtor | **NOTICE OF HEARING ON MOTION TO CONFIRM CHAPTER 13 PLAN 11 U.S.C. § 362(c)(3)(B)** |
| | Date:　　　August 11, 2026<br>Time:　　　11:00 AM<br>Judge:　　　Hon. Christopher M. Klein<br>Place:　　　Courtroom 35, 6th Floor |

**TO ALL CREDITORS, THE CHAPTER 13 TRUSTEE, THE UNITED STATES TRUSTEE, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please Take Notice. At the above date, time and place, Debtor Gustavo Gonzalez Orozco will move the Court for an order to confirm his modified Chapter 13 Plan filed July 1, 2026.

Pursuant to LBR 3015-1(d)(1), this notice is served 35 days before the hearing. Opposition must be filed fourteen (14) days prior to the hearing, and must be served on Debtor's attorney Evan Livingstone, 2585 Sebastopol Rd, Unit 7265, Santa Rosa, CA 95407, and on the Chapter 13 Trustee, David Cusick, PO Box 1858, Sacramento, CA 95812-1858.

Failure to file timely written opposition may result in the motion being resolved without oral argument and the striking of untimely written opposition.

Pursuant to LBR 9014-1(d)(3)(B)(iii), respondents can determine whether the matter has

1

been resolved without oral argument or whether the court has issued a tentative ruling, and can view any pre-hearing dispositions by checking the Court's website at https://www.caeb.uscourts.gov/Calendar/PreHearingDispositions after 4:00 P.M. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: July 1, 2026                                           /s/Evan Livingstone
                                                              Evan Livingstone
                                                              Attorney for Debtor

Notice of Hearing on Motion to Confirm Chapter 13 Plan