Evan Livingstone, SBN 252008
LAW OFFICE OF EVAN LIVINGSTONE
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
Phone (707) 280-2791
Fax    (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Gustavo Gonzalez Orozco

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.      26-21553-S-C-13C-A-13C |
| GUSTAVO GONZALEZ OROZCO | DCN:        EML-001 |
|    Debtor | **DECLARATION OF DEBTOR GUSTAVO OROZCO IN SUPPORT OF MOTION TO CONFIRM CHAPTER 13 PLAN** |
| | Date:      August 11, 2026<br>Time:      11:00 AM<br>Judge:     Hon. Christopher M. Klein<br>Place:     Courtroom 35, 6th Floor |

I GUSTAVO GONZALEZ OROZCO declare as follows:

1.      I am the Debtor in the instant bankruptcy case.

2.      I make this declaration of my own personal knowledge, and if called as a witness, could and would testify thereto.

3.      I filed the instant bankruptcy case on March 21, 2026.

4.      On July 1, 2026, I filed a modified Chapter 13 Plan.

5.      The modified plan provides for 60 payments of $3,893.00.

6.      The modified plan pays unsecured creditors 100% of allowed claims.

7.      I am current on my plan payments as provided by the modified plan.

8.      I have filed all state and federal income taxes through 2024.

9.      I filed an amended Schedule I and J on June 30, 2026, which reflects my current

1

Declaration of Debtor Gustavo Orozco in Support of Motion to Confirm Chapter 13 Plan

income and expenses.

10.  My income includes a monthly contribution of $2,018.00 from Salvadora Carreno, my separated spouse who is a half owner of the property at 119 Donner Dr, Vacaville, CA 95687.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on July 1, 2026 in Yuba City, CA  `                    /s/Gustavo Gonzalez Orozco
                                                                                    Gustavo Gonzalez Orozco, Debtor

2

Declaration of Debtor Gustavo Orozco in Support of Motion to Confirm Chapter 13 Plan