UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Gustavo Gonzalez Orozco,<br>Debtor. | ) Case No. 26-21553 - C - 13<br>) Docket Control No. EML-3<br>) Document No. 37<br>) Date: 08/11/2026<br>) Time: 11:00 AM<br>) Dept: C |

**Order**

Findings of Fact and Conclusions of Law having been stated orally on the record.

The Motion to Confirm the Chapter 13 Plan filed by the Debtor having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the Motion to Confirm Plan is granted, and the proposed Chapter 13 Plan is confirmed. Counsel for the Debtor shall prepare an appropriate order confirming the Chapter 13 Plan, transmit the proposed order to the Chapter 13 Trustee for approval as to form, and if so approved, the Chapter 13 Trustee will submit the proposed order to the court.

Dated: August 18, 2026

United States Bankruptcy Judge

[37] - Motion/Application to Confirm Chapter 13 Plan [EML-3] Filed by Debtor Gustavo Gonzalez Orozco (rlos)